## STATE

v.

### Francesco ZANGRILLI.

### No. 80–206–C.A.

Supreme Court of Rhode Island.

May 21, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Francesco Zangrilli, pro se.

### ORDER

The defendant's request that he be permitted to represent himself in the prosecution of this appeal is hereby granted.

■

## Raymond TARANTELLI

v.

### John M. JANNITTO et al.

### No. 81–235–M.P.

Supreme Court of Rhode Island.

May 21, 1981.

Lovett & Linder, Ltd., Aram Schefrin, Providence, for petitioner.

Pasquale T. Annarummo, Town Sol., Warren, for respondents.

### ORDER

The petition for writ of certiorari is denied.